# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**WILFRED DREXAL DAVIS**                                                                                         **PLAINTIFF**

v.                                    **Case No. 2:20-cv-00002-KGB-JJV**

**RONNIE COLEMAN, Head Administrator,**
**Crittenden County Correctional Facility,** *et al.*                                             **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 6). Plaintiff Wilfred Drexel Davis has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court dismisses Mr. Davis's complaint without prejudice due to his failure to comply with Judge Volpe's January 21, 2020, Order (Dkt. No. 5). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this the 19th day of January, 2021.

_____
Kristine G. Baker
United States District Judge