## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**WILFRED DREXAL DAVIS**                                                                 **PLAINTIFF**

v.                              **Case No. 2:20-cv-00002-KGB-JJV**

**RONNIE COLEMAN, Head Administrator,**
**Crittenden County Correctional Facility,** *et al.*                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Wilfred Drexal Davis's complaint is dismissed without prejudice. The relief requested is denied.

So adjudged this the 19th day of January, 2021.

_____
Kristine G. Baker
United States District Judge